## BLAIR v. STATE.
### No. 18107.

Court of Criminal Appeals of Texas.
March 25, 1936.

Sam Williams, of Mt. Pleasant, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment assessed being one year in the penitentiary.

Since the conviction herein, the law under which the prosecution proceeded has been repealed. Meadows v. State (Tex. Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.

## QUINTON v. STATE.
### No. 18134.

Court of Criminal Appeals of Texas.
March 25, 1936.

Cunningham & Lipscomb, of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.